UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 10-11896 |
| SAMUEL P. CHAPMAN and<br>ANNA BIEBER CHAPMAN<br>DEBTORS | CHAPTER 7 |

# O R D E R

Considering the Motion to Lift Stay filed on behalf of U.S. BANK, N.A., the lack of opposition thereto and the applicable law.

IT IS ORDERED that the automatic stay is lifted in favor of U.S. BANK, N.A. as to the following property:

> One (1) certain piece or portion of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of EAST BATON ROUGE, State of Louisiana, in that subdivision known as CAPITAL HEIGHTS, and designated on the official plan thereof, on file and of record in the office of the Clerk and Recorder of the Parish of East Baton Rouge, State of Louisiana, as LOT NUMBER SEVEN (7) AND THE SOUTHERN TWENTY FEET OF LOT SIX (6), SQUARE TEN (10), said subdivision, said lot having such measurements and dimensions and being subject to such servitudes as are more particularly described on said subdivision map.
>
> Improvements thereon bear Municipal Address No. 563 Mouton Street, Baton Rouge, LA 70806.
>
> Baton Rouge, Louisiana, January 26, 2011.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE